IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

BARBARA L. SEXTON,

        Plaintiff,

v.                                     Chesapeake Circuit Court Case No. CL22-5763
                                       Civil Action No. _____

WAL-MART STORES, INC.,
AND
WAL-MART STORES EAST, LP,

        Defendants.

## NOTICE OF REMOVAL

        Wal-Mart Stores East, LP and Walmart Inc. (formerly known as Wal-Mart Stores, Inc.") ("Walmart"), by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby file this Notice of Removal on the following grounds:

        1.      Plaintiff filed a Complaint in Chesapeake Circuit Court on September 26, 2022, seeking $250,000.00 in damages against Walmart (**Exhibit A**). This is a personal injury action in which Plaintiff claims to have been injured at a store operated by Walmart in the City of Chesapeake on December 14, 2020, as a result of Walmart's negligence, causing Plaintiff to sustain serious and permanent injuries. Compl. ¶ 8.

        2.      Walmart's registered agent was served with the Complaint on October 3, 2022.

        3.      Walmart timely filed an Answer to Plaintiff's Complaint (**Exhibit B**) on October 19, 2022.

        4.      Upon information and belief, Plaintiff is a citizen of Virginia.

1

5. The entity that operated the subject Walmart on the date of the accident was Wal-Mart Stores East, LP, which is a Delaware limited partnership with its principal place of business in Bentonville, Arkansas.

   i. Wal-Mart Stores East, LP, has two partners: Wal-Mart Stores East Management, LLC, and Wal-Mart Stores East Investment, LLC.  Both are Delaware limited liability companies, with their principal place of business being in Bentonville at the time of filing this action and at the present time.

   ii. The sole member of Wal-Mart Stores East Management, LLC is Wal-Mart Stores East, Inc., an Arkansas corporation with its principal place of business being in Bentonville, Arkansas at the time of filing this action and at the present time.

   iii. The sole member of Wal-Mart Stores East Investment, LLC is Wal-Mart Stores East, Inc., an Arkansas corporation with its principal place of business being in Bentonville, Arkansas at the time of the filing of this action and at the present time.

6. Walmart Inc. (formerly known as Wal-Mart Stores, Inc.) is a Delaware corporation with its principal place of business in Bentonville, Arkansas.

7. This action involves a controversy wholly between citizens of different states. There is complete diversity of citizenship.

8. This Court has original jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a), and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a). Walmart desires to remove this action to this Court.

9. Pursuant to 28 U.S.C. § 1446 (b)(3), this Notice of Removal is filed within (30) days of service of the Complaint on Walmart.

WHEREFORE, Wal-Mart Stores East, LP, by counsel, respectfully requests that this action be removed from the Circuit Court of the City of Chesapeake, Virginia, to this Court.

WAL-MART STORES EAST, LP
WALMART INC. (formerly known as Wal-Mart Stores, Inc.)


By: __s/Joseph M. Moore_____
Joseph M. Moore (VSB No. 48591)
McCandlish Holton, P.C.
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, VA  23218
(804) 344-6337 Telephone
(804) 775-3800 Facsimile
joe.moore@lawmh.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Jesse J. Johnson, Jr., Esq. (VSB No. 14910)
Johnson, Gardy, Teumer & Sachs
3508 Rob's Drive
Suffolk, VA 23434
(757) 539-0350
(757) 539-1097 Facsimile
jjohnson@johnsongardy.com
*Counsel for Plaintiff*

And I hereby certify that on this 24th day of October, 2022, I caused a true copy of the foregoing to be sent via U.S. mail to:

The Honorable Alan P. Krasnoff
Clerk of City of Chesapeake Circuit Court
307 Albemarle Drive
Suite 300A
Chesapeake, VA 23322-5579

                                                    By:   s/Joseph M. Moore
                                                    Joseph M. Moore (VSB No. 48591)
                                                    McCandlish Holton, P.C.
                                                    1111 East Main Street, Suite 2100
                                                    P.O. Box 796
                                                    Richmond, VA  23218
                                                    (804) 775-3100 Telephone
                                                    (804) 775-3800 Facsimile
                                                    joe.moore@lawmh.com
                                                    *Counsel for Defendants*